**In the United States District Court
District of South Carolina
Greenville Division**

| | |
|---|---|
| Michael V. Combs, ) | 6:08-cv-591-GRA |
| ) | |
| Plaintiff, ) | Consent Order of Dismissal |
| ) | Without Prejudice |
| vs. ) | |
| ) | |
| Schumacher Homes of ) | |
| South Carolina, Inc., ) | |
| ) | |
| Defendant. ) | |

Pursuant to the following stipulations, the parties consent to the dismissal of this action without prejudice with each party bearing its own costs and fees:

1. Plaintiff is not bound by paragraphs 5(a)(i)-(iii) of the Employment Agreement executed by the parties and made a part of the Record as Docket Entry 31-3.

2. Should any dispute develop between the parties, each party agrees that any action will be commenced in this Court and listed as "related litigation" to this action.

The Court approves these stipulations and adopts them as the Order of this Court. Accordingly, it is hereby ORDERED that this Action is DISMISSED without prejudice. Except as expressly provided in the first stipulation above, nothing in this Order constitutes a finding as to whether the Employment Agreement is either valid or enforceable, in whole or in part, and each party reserves his or its arguments relative to such issues.

IT IS SO ORDERED.

*[signature]*
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

June 5, 2008

Anderson, South Carolina

WE CONSENT:

For the Plaintiff:                                    For the Defendant:

*[signature]*                                         *[signature]*

---

John C. Glancy, pro hac vice          Brian P. Murphy No. 6405
Gustavo A. Sua′rez No. 9527           Brian Murphy Law Firm, PC
OGLETREE, DEAKINS, NASH               708 E. McBee Ave.
SMOAK & STEWART, P.C.                 Greenville, SC 29601
300 N. Main Street                    Phone:    (864) 370-9400
Greenville, SC 29601                  Fax:      (864) 241-1386
Phone: (864) 271-1300

-2-